County, Mark, J.—Rape, 1st Degree.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME SMITH, Appellant. (Appeal No. 1.)

Defendant failed to preserve for our review his contention that the trial court's charge on the burglary count was inadequate and thereby deprived him of a fair trial (see, CPL 470.05 [2]). In any event, that contention lacks merit.

Finally, the trial court properly rejected defendant's attempt to introduce into evidence his statement to police following his arrest (see, People v Brown, 159 AD2d 956, lv denied 78 NY2d 1009). (Appeal from Judgment of Monroe County Court, Connell, J.—Burglary, 2nd Degree.) Present— Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME SMITH, Appellant. (Appeal No. 2.)

(Appeal from Judgment of Monroe County Court, Connell, J.— Sodomy, 3rd Degree.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNALDO GARCIA, Appellant.